# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VICKI UTLEY, as Representative Heir at Law of )
BRIAN UTLEY, Deceased, )
                 Plaintiff, )
       )
vs. )    **Case No. 05-1356-MLB**
       )
ROBERT E. WRAY, D.O.; )
JEANENE K. KENNETT, A.R.N.P.; )
PRATT REGIONAL MEDICAL CENTER, d/b/a )
KINSLEY RURAL HEALTH CLINIC, )
                 Defendants. )

## PLAINTIFF'S RESPONSE TO DEFENDANT ROBERT E. WRAY, D.O.'S MOTION TO STRIKE PLAINTIFF'S EXPERTS MICHAEL J. FINE, M.D. AND JOHN LUCE, M.D.

### INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | State Board of of Nursing Licensing for Defendant Jeanene Kennett, A.R.N.P. |
| Exhibit 2 | Excerpts from Michael J. Fine, M.D.'s Deposition Testimony |
| Exhibit 3 | Dr. Fine's Affidavit |
| Exhibit 4 | Definition of Clinical Research; KUSM-Wichita |
| Exhibit 5 | Excerpts from John Luce, M.D.'s Deposition Testimony |